IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CIVIL NO: _____

**DEBORAH SINGLETON,**   *Plaintiff*

vs.

**GC SERVICES, LP**   *Defendant*
*S*erve:  GC Services, LP
6330 Gulfton Street
Houston, TX 77081

* * * * * * * *

NOW COMES Plaintiff, DEBORAH SINGLETON, by and through her attorneys, KROHN &MOSS, LTD., and for her Complaint against Defendant, GC SERVICES, LP, alleges and affirmatively states as follows:

## INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. ("FDCPA").

## PARTIES

2. Plaintiff, DEBORAH SINGLETON ("Plaintiff") is an individual who was at all times relevant to his residing in the Versailles, Woodford County, Kentucky.

3. Plaintiff is a consumer as that term is defined by 15 U.S.C. § 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term in defined by 15 U.S.C. § 1692a(5).

4. Defendant is a debt collector as defined by 15 U.S.C. § 1692a(6), and sought to collect a consumer debt from Plaintiff.

5. Defendant is a debt collector located in Houston, TX

6. Defendant has acted though its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers.

## JURISDICTION AND VENUE

7. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and 28 U.S.C. 1367 grants this court supplemental jurisdiction over the state claims contained herein.

8. Defendant conducts business in the State of Kentucky; therefore, personal jurisdiction is established.

9. Venue is proper under 28 U.S.C. § 1391(b)(2).

## FACTUAL ALLEGATIONS

10. In or around December of 2013, Defendant placed collection calls to Plaintiff seeking and demanding payment for an alleged consumer debt.

11. Plaintiff's alleged debt arises from transactions for personal, family, and household purposes.

12. Defendant called Plaintiff's telephone number at 859-873-91XX.

13. In or around December of 2013, Defendant called Plaintiff and left a voicemail message for Plaintiff. *See* transcribed voicemail message attached hereto as Exhibit A.

14. In the voicemail message, Defendant failed to meaningfully disclose the company's name, failed to disclose that the call was being placed by a debt collector, and failed to disclose that the call was being placed to collect an alleged debt.  *See* Exhibit A.

15. In the voicemail message, Defendant directed Plaintiff to call back telephone number 859-904-1176, which is a number that belongs to Defendant. *See* Exhibit A.

16. Defendant is using false, deceptive and misleading means in connection with attempting to collect a debt by not identifying the purpose of its phone calls or that they are an attempt to collect a debt.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

    a. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff;

    b. Defendant violated §1692d(6) of the FDCPA by placing collection calls to Plaintiff without meaningful disclosure of the caller's identity.

    c. Defendant violated § 1692e of the FDCPA by using false, deceptive or misleading representations or means in connection with the collection of the debt;

    d. Defendant violated § 1692e(10) of the FDCPA by using deceptive means in an attempt to collect a debt;

    e. Defendant violated § 1692e(11) of the FDCPA by failing to disclose in its communications with Plaintiff that the communication was from a debt collector.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, DEBORAH SINGLETON, respectfully requests judgment be entered against Defendant, GC SERVICES, LP, for the following:

18. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act;

19. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. §1692k;*

20. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. §1692k*;

21. Any other relief that this Honorable Court deems appropriate.


DATED: May 8, 2014                                       Respectfully Submitted,

**DEBORAH SINGLETON**


By: /s/Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff
KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
(323) 988-2400

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF KENTUCKY        )
                         ) ss.
COUNTY OF WOODFORD       )

Plaintiff, DEBORAH SINGLETON, having first been duly sworn and upon oath, deposes and says as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys whise appropriate, I have not altered, changed, modified, or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Date: 4/4/14

_____
DEBORAH SINGLETON